# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50447   USA v. Castrillo Bastos
                    USDC No. 3:20-CR-2148-1

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

Mr. Allan Francisco Castrillo Bastos
Mr. Philip Devlin
Mr. Joseph H. Gay, Jr.

# United States Court of Appeals
# for the Fifth Circuit

No. 23-50447

United States Court of Appeals
Fifth Circuit
**FILED**
March 19, 2024
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ALLAN FRANCISCO CASTRILLO BASTOS,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CR-2148-1

_____

ORDER:

Allan Francisco Castrillo Bastos moves for permission to proceed pro se in this direct criminal appeal. Castrillo Bastos has expressed a clear and unequivocal desire to proceed pro se. *See Brown v. Wainwright*, 665 F.2d 607, 610 (5th Cir. 1982) (en banc). Accordingly, his motion for permission to proceed pro se is GRANTED.

ENTERED FOR THE COURT:

Kim B. Tycer
KIM TYCER
*Deputy Clerk*